IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:14-CR-25-RWS |
| FREDERICK FITZGERALD HINTON, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [47] of Magistrate Judge J. Clay Fuller. After reviewing the R&R and Defendant's Objections [51] thereto, the Court enters the following Order.

The Court has reviewed *de novo* each of the findings and conclusions to which Defendant has objected. The Court finds that the R&R addresses each of the issues raised by Defendant thoroughly and correctly. Therefore, Defendant's Objections are **OVERRULED**, and the R&R is received with approval and adopted as the Opinion and Order of this Court.

Accordingly, Defendant's Motion to Suppress [28] and Amended Motion to Suppress [31] are **DENIED**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this 6th day of July, 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE